| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| JULIA NORWOOD, | § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 1:17-CV-396 |
| INDUSTRIAL WAREHOUSE SERVICES, INC., et al. | § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pending before the court is Norwood's "Motion to Remand." Doc. No. 9. The court has received the report (Doc. No. 30) of the magistrate judge, who recommends that the court deny the pending motion. No objections to the report and recommendation have been filed, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 30) is **ADOPTED**, and Norwood's "Motion to Remand" (Doc. No. 9) is **DENIED**.

SIGNED at Beaumont, Texas, this 23rd day of March, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE