**UNITED STATES DISTRICT COURT**  EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JULIA NORWOOD | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:17-CV-396 |
| | § | |
| INDUSTRIAL WAREHOUSE SERVICES, | § | |
| INC., et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pending before the court is Defendant Texas Department of Transportation's (TxDOT) "Rule 12(b)(1) and Rule 12(b)(2) Motion and Brief to Dismiss for Lack of Jurisdiction." Doc. No. 20. The court has received the report (Doc. No. 36) of the magistrate judge, who recommends that the court grant TxDOT's motion. No objections to the report and recommendation have been filed, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 36) is **ADOPTED**, and TxDOT's "Rule 12(b)(1) and Rule 12(b)(2) Motion and Brief to Dismiss for Lack of Jurisdiction" (Doc. No. 20) is **GRANTED**. It is further **ORDERED** that TxDOT is **DISMISSED** with prejudice.

SIGNED at Beaumont, Texas, this 17th day of April, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE