| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JULIA NORWOOD, §
    Plaintiff, §
                                                               § CASE NO. 1:17-CV-00396-MAC
*versus* §
                                                               §
INDUSTRIAL WAREHOUSE SERVICES, §
INC., CARL BURRELL, §
    Defendants. §

## ORDER OF DISMISSAL

The parties' joint "Written Stipulation of Dismissal with Prejudice" (Doc. No. 67) is accepted. Accordingly, the above case is **DISMISSED** with prejudice with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The clerk of court is directed to close the case and deny all pending motions as moot.

SIGNED at Beaumont, Texas, this 7th day of December, 2018.

                                                      */s/ Marcia A. Crone*
                                                      MARCIA A. CRONE
                                                    UNITED STATES DISTRICT JUDGE